IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**WILBERT LEZELL JOHNSON,**                                                                **PLAINTIFF**
**ADC #84494**

v.                       CASE NO. 5:11CV00309 BSM/HDY

**MALLORY, et al.**                                                                                     **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young Ray and have been reviewed. No objections were filed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1. Johnson's motion to voluntarily dismiss his complaint [Doc. No. 3] be GRANTED, and Johnson's complaint be DISMISSED WITHOUT PREJUDICE.

2. All other pending motions be DENIED AS MOOT.

3. It is CERTIFIED, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order and accompanying judgment would not be taken in good faith.

Dated this 12th day of January 2012.

_____
UNITED STATES DISTRICT JUDGE